LAKE FOREST, INC. v. WILLIAMS

No. 68PA92

Case below: 104 N.C.App. 802

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals allowed 7 May 1992.

MGM DESERT INN v. HOLZ

No. 24P92

Case below: 104 N.C.App. 717

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 May 1992.

NEWBERRY METAL MASTERS FABRICATORS v. MITEK INDUSTRIES

No. 114PA92

Case below: 105 N.C.App. 445

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 allowed 7 May 1992 only as to Rule 41(a) issue.

RUTLEDGE v. STROH COMPANIES

No. 131P92

Case below: 105 N.C.App. 307

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 May 1992.

STATE v. DARTY

No. 66P92

Case below: 104 N.C.App. 804

Petition by defendant (Pro Se) for writ of certiorari to the North Carolina Court of Appeals denied 7 May 1992. Petition by defendant (through counsel) for writ of certiorari to the North Carolina Court of Appeals denied 7 May 1992.